**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNY BENJI RODRIGUEZ OVIEDO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-4009** |
| | : | |
| **JAMISON,** *et al.* | : | |

## ORDER

**AND NOW**, this 11th day of June 2026, upon consideration of Denny Benji Rodriguez

Oviedo's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.     No later than **June 15, 2026**, the government shall file a response to the petition

(DI 1).

2.     Pending consideration of the petition, the government **SHALL NOT**

**TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v.*

*Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal

to preserve the status quo).

MURPHY, J.