**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNY BENJI RODRIGUEZ OVIEDO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-4009** |
| | : | |
| **JAMISON,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 6) of our June 15, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**